IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DEBORAH BENNETT** **PLAINTIFF**

v. Case No. 4:15-cv-00387-KGB

**CARLTON MOTON** **DEFENDANT**

**JUDGMENT**

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

Dated this 19th day of November, 2015.

Kristine G. Baker
United States District Judge